MR

FILED

OCT 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MN

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' et al. ) | |
| ) | |
| ) | Case No. 24-cv-07492 |
| Judgment Creditor, ) | |
| v. ) | JUDGE HUNT |
| ) | |
| TYRO CONSTRUCTION, INC., an Illinois ) | |
| Corporation, and TRACY PERKINS ) | |
| individually. ) | |
| Judgment Debtor, ) | |
| and ) | |
| ) | |
| JUDLAU CONTRACTING, INC. ) | |
| Third-Party Citation Respondent. ) | |

## ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT

Judlau Contracting, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. ✓ Respondent has no property of the Defendant in its possession.

II. ✓ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. N/A Respondent has property that belongs or may belong to the Defendant as follows:

                                    **DEFENDANT'S BALANCE**     **AMOUNT WITHHELD**

A) Savings Account $ _____ _____
B) Checking and/or Now Account $ _____ _____
C) Certificate of Deposit $ _____ _____
D) Money Market Account $ _____ _____
E) Trust Account $ _____ _____
F) Wages, Salary or Commissions $ _____ _____
G) Safety Deposit Box _____ _____
H) Land Trust No. _____ _____
I) Other Property (Describe) _____ _____

J) Additional Information Relating to Debtor's Property:

1. Adverse Claimant: Name_____ Address_____
2. Right of Set Off: Basis_____ Amount_____

3. Exemption: Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $ 0.00
According to the records maintained by the Respondent, the above information is correct as of this date October 14, 2025. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)
Agent Name Corwin Quinn
Business Name Judlau Contracting, Inc. Agent for Respondent/Garnishee
Address 1011 Warrenville Rd Suite 175
Lisle, IL 60532
Phone 630-280-4146
Fax N/A

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.





Envelope
Recycle me.



RECEIVED
OCT 16 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT