MR







**FILED**
OCT 27 2025 JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/15/2025

UNITED STATES DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS
219 S DEARBORN ST, 20TH FLOOR
CHICAGO, ILLINOIS 60604

RE: TYRO CONSTRUCTION INC
Case Number: 24CV07492
Reference Number: 20251015000064

Please see the enclosed documents related to your order.

If you have any questions, please call us at (800) 480-2265, daily 7:00 a.m. to 8:00 p.m. ET.

Sincerely,

Huntington Court Order Processing

Enclosure

 Member FDIC. ®® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' et al. ) | |
| ) | |
| ) | Case No. 24-cv-07492 |
| Judgment Creditor, ) | |
| v. ) | JUDGE HUNT |
| ) | |
| TYRO CONSTRUCTION, INC., an Illinois ) | |
| Corporation, and TRACY PERKINS ) | |
| individually. ) | |
| Judgment Debtor, ) | |
| and ) | |
| ) | |
| HUNTINGTON NATIONAL BANK ) | |
| Third-Party Citation Respondent. ) | |

### ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT

_____K KOCHER_____, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. ✓ Respondent has property that belongs or may belong to the Defendant as follows:

                                          **DEFENDANT'S BALANCE**    **AMOUNT WITHHELD**

A) Savings Account $   0.00                            0.00

B) Checking and/or Now Account $ -1962.74 (NEGATIVE)    0.00

C) Certificate of Deposit $_____ _____

D) Money Market Account $_____ _____

E) Trust Account $_____ _____

F) Wages, Salary or Commissions $_____ _____

G) Safety Deposit Box _____

H) Land Trust No._____

I) Other Property (Describe)_____



J)     Additional Information Relating to Debtor's Property:

1.     Adverse Claimant: Name_____ Address_____

2.     Right of Set Off:   Basis_____ Amount_____

3.     Exemption:      Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $ **0.00**

According to the records maintained by the Respondent, the above information is correct as of this date **10-15-2025**. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name **K KOCHER**     *K Kocher*

Business Name **HUNTINGTON NATIONAL BANK** Agent for Respondent/Garnishee

Address **5555 CLEVELAND AVE**

    **COLUMBUS OH 43231**

Phone **888-238-2679**

Fax **877-209-9360**

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.



The Huntington National Bank
5555 Cleveland Avenue - GW4W34
Columbus, OH 43231

2-740-00333-0000071-001-01-000-000-000-000

UNITED STATES DISTRICT COURT FOR THE NOR
219 S DEARBORN ST FL 20
CHICAGO IL 60604-1702





Presorted First-Class Mail
U.S. Postage Paid
VSI

**RETURN SERVICE REQUESTED**

RECEIVED
OCT 27 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

033    1-AAAP1  60604